IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 3 0 2017
Clerk, U S District Court
District Of Montana
Billings

| In the Matter of the Search of: A 2007 Black Honda Accord EX, bearing Montana Plates BFS-245, VIN: 1HGCM66517A040326 | MJ-17-61-BLG-TJC<br><br>ORDER SEALING CASE |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it including the Application, Search Warrant, and Affidavit filed herein are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 30 day of August, 2017.

TIMOTHY J. CAVAN
United States Magistrate Judge

1